NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**SKYBELL TECHNOLOGIES, INC., SB IP
HOLDINGS, LLC, EYETALK365, LLC,**
*Appellants*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**SIMPLISAFE, INC., VIVINT SMART HOME, INC.,
ARLO TECHNOLOGIES, INC.,**
*Intervenors*

---

2022-1354

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1242.

---

## **O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                          SKYBELL TECHNOLOGIES, INC. V. ITC


(2)  Each side shall bear their own costs.



                                          FOR THE COURT

June 27, 2022
     Date                                 /s/ Peter R. Marksteiner
                                          Peter R. Marksteiner
                                          Clerk of Court


**ISSUED AS A MANDATE:** June 27, 2022